QUIN DENVIR, Bar #49374
Federal Defender

CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
BRYAN HILLIARD


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. CR-S-05-162 WBS |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| BRYAN HILLIARD, | ) | |
| | ) | Date: June 23, 2005 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Judge: Hon. Peter A. Nowinski |
| _____ | ) | |

    BRYAN HILLIARD, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Segal, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled status conference hearing date of June 1, 2005 and continue the matter for status conference on June 23, 2005 at 2:00 p.m..

    This continuance is needed: 1) to give defense counsel adequate time to locate and interview a percipient witness who may have had a

1  role in the alleged drug transactions; 2) to give defense counsel
2  adequate time to listen to and transcribe five cassette tapes and one
3  videotape; 3) to review the transcriptions with Mr. Hilliard; 4) to
4  give defense counsel additional time to discuss the case with Mr.
5  Hilliard and with counsel for the government; and 4) to consider the
6  need for pretrial motions.

7  IT IS FURTHER STIPULATED that the period from June 1, 2005, up to
8  and including June 23, 2005, be excluded in computing the time within
9  which trial must commence under the Speedy Trial Act, pursuant to
10 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, so that counsel for
11 the defendant may have reasonable time necessary for effective
12 preparation, taking into account the exercise of due diligence.

13 IT IS FURTHER STIPULATED that the interests of justice served by
14 granting this continuance outweigh the best interests of the public and
15 the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Dated:  May 26, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
BRYAN HILLIARD

/s/ Matthew Segal
_____
MATTHEW SEGAL
Assistant United States Attorney

So ordered.

Dated: May 31, 2005.

/s/ Peter A. Nowinski
_____
PETER A. NOWINSKI
Magistrate Judge

Stip & Order\Hilliard\05-162 WBS        2