DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRYAN L. HILLIARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr-S-05-0162 WBS/KJM |
|      Plaintiff, | ) |
|      v. | ) REQUEST FOR ORDER AND ORDER |
| | ) EXONERATING BOND |
| BRYAN L. HILLIARD, | ) |
|      Defendant. | ) Judge: Hon. Kimberly J. Mueller |
| _____ | ) |

On or about April 27, 2005, a receipt for a Deed of Trust in the amount of $120,000.00 was placed in the court vault on behalf of Bryan L. Hilliard, Cr-S-05-162 WBS (receipt number 8795)

On October 19, 2005 Mr. Hilliard entered a guilty plea and was remanded into custody. On July 19, 2006 Mr. Hilliard was sentenced to 72 months in the custody of Bureau of Prison. It is hereby requested that $120,000 bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey the property to

Helen Hilliard, 1429 Moon Avenue, Sacramento, CA   95822.

Dated:  July 24, 2006

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Caro Marks
                                    CARO MARKS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    BRYAN L. HILLIARD

**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $120,000 secured by Ms. Helen Hilliard is hereby exonerated.

Dated: July 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE