DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRYAN LAMONT HILLIARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>BRYAN LAMONT HILLIARD,<br><br>            Defendant. | No. Cr. S 05-162 WBS<br><br>**ORDER**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br>Date:   May 19, 2008<br>Time:   8:30 a.m.<br>Judge:  Hon. WILLIAM B. SHUBB |

In light of the stipulation filed by the parties, the Court VACATES the hearing on Defendant's motion to reduce his sentence, currently set for May 19, 2008.

Defendant is ordered to notify this Court within 10 days after receiving an order from the Ninth Circuit Court of Appeals resolving his motion to withdraw his appeal.

Dated:   April 29, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE