✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| **BRYAN LAMONT HILLIARD** | ) Case No: 2:05CR00162-01 |
|  | ) USM No: 15676-097 |
| Date of Previous Judgment: 07/19/2006 | ) David M. Porter, Assistant Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✔ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.   ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __72__ months **is reduced to** __59__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __27__          Amended Offense Level: __25__
Criminal History Category: __I__         Criminal History Category: __I__

Previous Guideline Range: __70__ to __87__ months     Amended Guideline Range: __57__ to __71__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
✔ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**
This sentence consists of 59 months on each of Counts 1 and 2 to be served concurrently.

Except as provided above, all provisions of the judgment dated __07/19/2006__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __5/21/2008__

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date: _____
(If different from order date)